IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENDO PHARMACEUTICALS INC. and MALLINCKRODT LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 14-1381 (RGA) |
| ACTAVIS, INC. and ACTAVIS SOUTH ATLANTIC LLC, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 17, 2015, a copy of *Defendants Actavis, Inc. and Actavis South Atlantic LLC's Objections and Responses to Plaintiff's First Set of Interrogatories to Defendants (Nos. 1-7)* was caused to be served on the following counsel of record in the manner indicated:

### BY E-MAIL

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*jblumenfeld@mnat.com*

*Attorneys for Plaintiffs*

Jonathan D.J. Loeb, Esquire
Dechert LLP
2440 W. El Camino Real
Suite 700
Mountain View, CA  94040
*jonathan.loeb@dechert.com*

01:17257580.1

Martin J. Black, Esquire
Sharon K. Gagliardi, Esquire
Julie M. Latsko, Esquire
Joseph J. Gribbin, Esquire
Dechert LLP
Circa Centre
2929 Arch Street
Philadelphia, PA  19104
*martin.black@dechert.com*
*sharon.gagliardi@dechert.com*
*julie.latsko@dechert.com*
*joseph.gribbin@dechert.com*

Robert D. Rhoad, Esquire
Brian Goldberg, Esquire
Dechert LLP
902 Carnegie Center, Suite 500
Princeton, NJ  08540
*robert.rhoad@dechert.com*
*brian.goldberg@dechert.com*

Blake B. Greene, Esquire
Dechert LLP
300 W. 6th Street, Suite 2010
Austin, TX  78701
*blake.greene@dechert.com*

*Attorneys for Plaintiff Endo Pharmaceuticals Inc.*

Jeffrey J. Toney, Esquire
Marcus A. Barber, Esquire
Kasowitz, Benson, Torres & Friedman LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA  94065
*jtoney@kasowitz.com*
*mbarber@kasowitz.com*

Rodney R. Miller, Esquire
Paul G. Williams, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1349 W. Peachtree Street, N.W., Suite 1500
Atlanta, GA  30309
*rmiller@kasowitz.com*
*pwilliams@kasowitz.com*

*Attorneys for Plaintiff Mallinckrodt LLC*

01:17257580.1

PLEASE TAKE FURTHER NOTICE that on September 17, 2015, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to counsel of record and served by e-mail on the above-listed counsel.


DATED:  September 17, 2015          YOUNG CONAWAY STARGATT
                                    & TAYLOR, LLP

                                    */s/ Robert M. Vrana*
                                    Adam W. Poff (No. 3990)
                                    Robert M. Vrana No. 5666)
                                    Rodney Square
                                    1000 North King Street
                                    Wilmington, Delaware  19801
                                    (302) 571-6600
                                    *apoff@ycst.com*
                                    *rvrana@ycst.com*

                                    *Attorneys for Defendants*