IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENDO PHARMACEUTICALS INC., et al., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 14-1381-RGA |
| ACTAVIS INC., et al., | : : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| ENDO PHARMACEUTICALS INC., et al., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 14-1382-RGA |
| AMNEAL PHARMACEUTICALS LLC, et al., | : : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| ENDO PHARMACEUTICALS INC., et al., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 14-1383-RGA |
| IMPAX LABORATORIES INC., | : : : | |
| Defendant. | : | |

| | | |
|---|---|---|
| ENDO PHARMACEUTICALS INC., et al., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 14-1384-RGA |
| IMPAX LABORATORIES INC., et al., | : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| ENDO PHARMACEUTICALS INC., et al., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 14-1386-RGA |
| SUN PHARMACEUTICAL LABORATORIES LTD., et al., | : : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| ENDO PHARMACEUTICALS INC., et al., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 14-1387-RGA |
| ROXANE LABORATORIES INC., et al., | : : | |
| Defendants. | : | |

|  |  |
|---|---|
| ENDO PHARMACEUTICALS INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>TEVA PHARMACEUTICALS USA INC., et al.,<br><br>　　　　　Defendants. | Civil Action No. 14-1389-RGA |

## ORDER

Upon consideration of the three letters received, that is, one letter from Plaintiffs, one letter from Amneal and Teva, and one letter from the remainder of the defendants, this 17 day of September 2015, IT IS HEREBY ORDERED that:

1. Plaintiffs' request to change the schedule as to Amneal and Teva is **DENIED**; and

2. The suggestion of the remaining defendants for a stay will be considered if it submitted as a motion (and will almost certainly be granted if it is submitted as a stipulation with Plaintiffs).

　　　　　　　　　　　　　　　　　　　　　／s／ Richard G. Andrews
　　　　　　　　　　　　　　　　　　　　　United States District Judge