# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENDO PHARMACEUTICALS INC. and MALLINCKRODT LLC, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 14-1389-RGA |
| v. | ) ) | |
| TEVA PHARMACEUTICALS USA, INC. and BARR LABORATORIES, INC., | ) ) ) | |
| Defendants. | ) ) | |
| ENDO PHARMACEUTICALS INC. and MALLINCKRODT LLC, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 14-1382-RGA |
| v. | ) ) | |
| AMNEAL PHARMACEUTICALS LLC and AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |
| ENDO PHARMACEUTICALS INC. and MALLINCKRODT LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 14-1381-RGA |
| ACTAVIS INC. and ACTAVIS SOUTH ATLANTIC LLC, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION OF ENDO PHARMACEUTICALS INC. PURSUANT TO RULE 30(B)(6)

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendants in the above captioned cases, by and through their attorneys, hereby give notice of their intention to take the deposition upon oral examination of Plaintiff Endo

Pharmaceuticals Inc. ("Endo") on February 1, 2016, commencing at 9:00 a.m. at the offices of Goodwin Procter LLP, The New York Times Building, 620 Eighth Avenue, New York, NY 10018, or at such other time and place as may be agreed to among counsel.  The examination will take place and continue from day to day until completed.

Pursuant to Rule 30(b)(6), Endo shall designate one or more officers, directors, managing agents, or other persons most knowledgeable and best qualified to testify concerning the topics listed in Attachment A on which examination is requested.  No later than fourteen days prior to the deposition date, Endo is requested to designate in writing to Defendants the names of the persons who will testimony on its behalf, specifying the topics as to which each person will testify.

The deposition will be conducted before a court reporter, notary public, or other person authorized to administer oaths under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Delaware.  The deposition will be recorded by stenographic and videographic means.  Counsel of record are invited to attend the depositions and examine the deponents in accordance with the Rules.  Defendants serve this notice without waiver of their objections to the deficiencies in Endo's document productions and other discovery responses concerning the subject matter of this notice, and reserve the right to continue the depositions as necessary in light of any subsequent document productions by Mallinckrodt.

**Request for Documents and Things Pursuant to Fed. R. Civ. P. 30(b)(2) and 34**

Pursuant to Rules 30(b)(2) and 34 of the Federal Rules of Civil Procedure, Endo is hereby requested to produce at or before the time of the deposition, any and all documents and things in its possession, custody, or control that in any way refer to or concern any of the deposition topics set forth in this document, and that have not previously been produced to

Defendants in this action. Defendants reserve the right to continue this deposition should Endo fail to produce such documents and things at or before the time of the deposition.

| | |
|---|---|
| Dated: January 15, 2016 | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| | By:  */s/ David E. Moore*  |
| Elizabeth Holland | Richard L. Horwitz (#2246) |
| Huiya Wu | David E. Moore (#3983) |
| Daniel P. Margolis | Bindu A. Palapura (#5370) |
| Brian J. Robinson | Hercules Plaza, 6th Floor |
| GOODWIN PROCTER LLP | 1313 N. Market Street |
| The New York Times Building | Wilmington, DE 19801 |
| 620 Eighth Avenue | Tel: (302) 984-6000 |
| New York, NY 10018-1405 | rhorwitz@potteranderson.com |
| Tel: (212) 813-8800 | dmoore@potteranderson.com |
| eholland@goodwinprocter.com | bpalapura@potteranderson.com |
| hwu@goodwinprocter.com | |
| dmargolis@goodwinprocter.com | *Attorneys for Defendants* |
| brobinson@goodwinprocter.com | *Teva Pharmaceuticals USA, Inc., and* |
| | *Barr Laboratories, Inc.* |
| | |
| Dated:  January 15, 2016 | MORRIS JAMES LLP |
| OF COUNSEL: | |
| | By:  */s/ Mary B. Matterer*  |
| Jake M. Holdreith (*admitted pro hac vice*) | Mary B. Matterer (#2696) |
| Jamie R. Kurtz (*admitted pro hac vice*) | Richard K. Herrmann (#405) |
| Kelsey J. Thorkelson (*admitted pro hac vice*) | 500 Delaware Avenue, Suite 1500 |
| ROBINS KAPLAN LLP | Wilmington, DE 19801 |
| 800 LaSalle Ave., Suite 2800 | (302) 888-6800 |
| Minneapolis, MN 55402 | mmatterer@morrisjames.com |
| Tel: (612) 349-8500 | rherrmann@morrisjames.com |
| jholdreith@robinskaplan.com | |
| jkurtz@robinskaplan.com | *Attorneys for Defendants* |
| kthorkelson@robinskaplan.com | *Amneal Pharmaceuticals LLC and* |
| | *Amneal Pharmaceuticals of New York, LLC* |
| Oren D. Langer (*admitted pro hac vice*) | |
| ROBINS KAPLAN LLP | |
| 601 Lexington Ave., Suite 3400 | |
| New York, NY 10022 | |
| Tel: (212) 980-7400 | |
| olanger@robinskaplan.com | |

| | |
|---|---|
| Dated: January 15, 2016 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | |
| Charles A. Weiss<br>Howard S. Suh<br>Eric H. Yecies<br>Nicholas P. Chiara<br>HOLLAND & KNIGHT LLP<br>31 West 52nd Street<br>New York, NY 10019<br>Tel: (212) 513-3200<br>Fax: (212) 385-9010<br>charles.weiss@hklaw.com<br>howard.suh@hklaw.com<br>eric.yecies@hklaw.com<br>nicholas.chiara@hklaw.com | By:  */s/ Robert M. Vrana*<br>     Adam W. Poff (No. 3990)<br>     Robert M. Vrana (No. 5666)<br>     Rodney Square<br>     1000 North King Street<br>     Wilmington, Delaware 19801<br>     (302) 571-6600<br>     apoff@ycst.com<br>     rvrana@ycst.com<br><br>*Attorneys for Defendants, Actavis, Inc.<br>and Actavis South Atlantic LLC* |

1214301/42069

## ATTACHMENT A

### Definitions

Notwithstanding any definition below, each word, term, or phrase used in this Notice is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure.

1. "The '779 patent" means United States Patent No. 8,871,779 issued on October 28, 2014.

2. "ABUK" means alpha, beta-unsaturated ketones, including without limitation 14-hydroxymorphinone.

3. "API" means active pharmaceutical ingredient.

4. The term "Endo" means Endo Pharmaceuticals Inc., and any current or former parent, subsidiary, affiliated or related corporation or any other related entity of Plaintiff Endo Pharmaceuticals Inc. "Endo" shall also mean all past and present directors, officers, employees, agents, representatives, or persons acting on behalf of any of the foregoing entities.

5. "Inventors" or "inventor" shall mean those individuals who contributed in any way to the conception of the subject matter disclosed in the '779 patent.

6. The term "Mallinckrodt" means Mallinckrodt LLC, and any current or former parent, subsidiary, affiliated or related corporation or any other related entity of Plaintiff Mallinckrodt LLC. "Mallinckrodt" shall also mean all past and present directors, officers, employees, agents, representatives, or persons acting on behalf of any of the foregoing entities.

7. "Opana® ER" means any oxymorphone hydrochloride controlled-release or extended-release drug products developed, or marketed, by or on behalf of Endo under that trade name, including without limitation the non-crush resistant and crush-resistant formulations of Opana® ER.

8. "Oxymorphone" means oxymorphone active pharmaceutical ingredient (API), oxymorphone base, and/or any salts thereof, including, but not limited to, oxymorphone hydrochloride.

9. "Oxycodone" means oxycodone active pharmaceutical ingredient (API), oxycodone base, and/or any salts thereof, including, but not limited to, oxycodone hydrochloride.

10. "Prior art" means all documentary and non-documentary sources that may be used to determine lack of novelty under 35 U.S.C. § 102 and obviousness under 35 U.S.C. § 103 of the claimed subject matter in the '779 patent, including, but not limited to patents, patent applications, printed publications, things known, used, offered for sale or sold as well as knowledge of those of ordinary skill in the art

11. "Testing" shall mean any analysis, characterization, evaluation, experiment, investigation, isolation, purification, separation, study, synthesis, test, test method, test protocol, test procedure, validation, or development activity, including, but not limited to breaking strength testing, dissolution testing, pharmacokinetic testing, HPLC, LCMS, XRD (X-ray diffraction), and NMR.

**Topics**

1. Any testing done by Endo or on Endo's behalf of the oxymorphone described in the '779 patent.

2. Any research regarding the detrimental effects associated with higher levels of ABUKs or with specific concentrations of ABUKs in any drug product, including but not limited to drug products manufactured, marketed or an application for marketing by either Mallinckrodt or Endo.

3. Any testing to measure the presence or absence of ABUKs in oxymorphone.

4. All processes known, used or considered by Endo to reduce the level or reoccurrence of ABUKs, or ABUK precursors, in any API or drug product, including but not limited to Opana® ER, oxymorphone or oxycodone.

5. Communications with FDA, any third party, or within Endo concerning the level of ABUKs in oxymorphone, including the perceived problems or dangers of ABUKs in a drug product, including but not limited to, all discussions, communications and documents concerning the FDA's discussions, procedures and final decision to limit the level of 14-hydroxymorphinone in oxymorphone and the level of 14-hydroxycodeinone in oxycodone.

6. Endo's decision to license the '779 patent from Mallinckrodt, including (i) the facts, circumstances and reasons related to the decision to license the patent, (ii) communications with Mallinckrodt related to the license, (iii) any documents or material that Mallinckrodt provided to Endo prior to or subsequent to the license, and (iv) all agreements, contracts, licenses, and/or sublicenses directly or indirectly between Endo and Mallinckrodt related to the license.

7. U.S. sales figures and profits for Opana® ER since the commercial introduction of Opana® ER in the U.S., including, but not limited to, market data, marketing budgets for Opana® ER, projected present and future market forecasts, marketing, advertisement, and promotional material, market share, and competitor information and metrics.

8. The factual bases for each of the objective indicia of non-obviousness that Endo intends to rely on in this litigation.

9. Any oxymorphone and/or morphinan-6-one API, salt, drug substance, and/or sample having reduced ABUK levels of which Mallinckrodt is aware that existed before the filing date of the '779 patent.

10. The facts and circumstances surrounding Interference No. 105,893, including the settlement of the interference.

## **CERTIFICATE OF SERVICE**

I, Robert M. Vrana, hereby certify that on January 15, 2016, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Morris Nichols Arsht & Tunnell LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> *jblumenfeld@mnat.com*
>
> *Attorneys for Plaintiffs*

I further certify that on January 15, 2016, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following:

> Jonathan D.J. Loeb, Esquire
> Dechert LLP
> 2440 W. El Camino Real
> Suite 700
> Mountain View, CA  94040
> *jonathan.loeb@dechert.com*
>
> Martin J. Black, Esquire
> Sharon K. Gagliardi, Esquire
> Julie M. Latsko, Esquire
> Joseph J. Gribbin, Esquire
> Dechert LLP
> Circa Centre
> 2929 Arch Street
> Philadelphia, PA  19104
> *martin.black@dechert.com*
> *sharon.gagliardi@dechert.com*
> *julie.latsko@dechert.com*
> *joseph.gribbin@dechert.com*

      Robert D. Rhoad, Esquire
      Brian Goldberg, Esquire
      Dechert LLP
      902 Carnegie Center, Suite 500
      Princeton, NJ 08540
      *robert.rhoad@dechert.com*
      *brian.goldberg@dechert.com*

      Blake B. Greene, Esquire
      Dechert LLP
      300 W. 6th Street, Suite 2010
      Austin, TX 78701
      *blake.greene@dechert.com*

      *Attorneys for Plaintiff Endo Pharmaceuticals Inc.*

      Jeffrey J. Toney, Esquire
      Marcus A. Barber, Esquire
      Kasowitz, Benson, Torres & Friedman LLP
      333 Twin Dolphin Drive, Suite 200
      Redwood Shores, CA 94065
      *jtoney@kasowitz.com*
      *mbarber@kasowitz.com*

      Rodney R. Miller, Esquire
      Paul G. Williams, Esquire
      Kasowitz, Benson, Torres & Friedman LLP
      1349 W. Peachtree Street, N.W., Suite 1500
      Atlanta, GA 30309
      *rmiller@kasowitz.com*
      *pwilliams@kasowitz.com*

      *Attorneys for Plaintiff Mallinckrodt LLC*

Dated: January 15, 2016      YOUNG CONAWAY STARGATT &
                                            TAYLOR, LLP

                                            */s/ Robert M. Vrana*
                                            Adam W. Poff (No. 3990)
                                            Robert M. Vrana (No. (5666)
                                            Rodney Square
                                            1000 N. King Street
                                            Wilmington, Delaware 19801
                                            *rvrana@ycst*.com

                                            *Attorneys for Defendants*

2